

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) No. 2:21-CR-36
v. )
) JUDGES Greer/Wyrick
WILLIAM E. McMANUS, JR., )
)
)
    Defendant. )

## INFORMATION

The United States Attorney charges that:

In or about December 2018, within the Eastern District of Tennessee, defendant WILLIAM E. McMANUS, JR., being an agent of a State government that received benefits in excess of $10,000 under a federal program involving a grant or other form of federal assistance, that is an Assistant Attorney for the First Judicial District of the State of Tennessee, did corruptly solicit and demand a thing of value, namely a commercial sex act, intending to be influenced and rewarded in connection with a transaction of the First Judicial District of the State of Tennessee involving a thing of value of $5,000 or more, to wit the dismissal and expungement of criminal charges pending in the Sessions Court of Washington County, Tennessee.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

                      FRANCIS M. HAMILTON III
                      ACTING UNITED STATES ATTORNEY

By: _____ for Matt Morris
     MATTHEW T. MORRIS
     Assistant United States Attorney