# CRIMINAL CASE COVER SHEET

JRG

| By: | ☐ INDICTMENT   ☐ SUPERSEDING Case Number: _____ |
|---|---|
| | ☑ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)* |
| | ☐ RULE 20 |

USA v. **WILLIAM E. McMANUS, JR.**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*   ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

**Immigration Cases**
☐ Zone A   ☐ Zone B

Name of Assigned AUSA: **Matthew T. Morris**

Matter Sealed:   ☐ YES   ☑ NO   Place of Offense: **Washington County**

☐ Interpreter Required   Language: _____

Issue:   ☐ WARRANT   ☐ SUMMONS   ☐ WRIT (Motion to be filed)

Arresting Agency:   ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed   Case Number: _____

☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any):   **Gene Scott**

☐ Federal Defender   ☐ CJA   ☑ Retained

Appointed by Target Letter        Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:   Total # of Counts for this Defendant **1**

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 U.S.C. Section 666(a)(1)(B) | Soliciting a Bribe | Y | 1 | |
| | | | | | |
| | | | | | |

*(Attach additional page, if needed)*

Attorney Signature _____

CRIMINAL CASE COVER SHEET

Case Number _____

USA v. WILLIAM E. McMANUS, JR.

(Continued from Page 1)

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 U.S.C. Section 666(a)(1)(B) | Soliciting a Bribe | Y | 1 | |